FRANK P. JONES, Respondent, v. BALTIMORE INSULAR LINE, INC., Appellant, Impleaded with Another.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Acting for and on Behalf of the City of New York, Relative to Acquiring Certain Real Property Situated and Located Generally Within and Bounded by West Two Hundred and Seventh Street, Ninth and Tenth Avenues, West Two Hundred and Sixteenth Street and the Harlem River, City of New York, for the Construction, Maintenance and Operation of a Municipal Rapid Transit Railroad Yard.— Appeal dismissed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

PECK & STERBA, INC., and Others, Respondents, v. PECK & STERBA, INCORPORATED, and J. ROY ALLEN, Appellants. (Consolidated Actions and Appeals.) — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant, v. L. & C. MAYERS CO., INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BLANCHE E. DONELON, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J. Merrell, Townley, Glennon and Untermyer, JJ.

CROWN AUTO CLEARING CORPORATION, Appellant, v. GYONYORU TAXI CORPORATION, Defendant, Impleaded with MATTHEW H. BURKE GARAGE, INC., Respondent.‡— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

IRA AARONSON and AUGUST AARONSON, Copartners, etc., Appellants, v. MIDCITY REALTY CORPORATION and NEPTUNE REALTY COMPANY, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

KATHE MATSCHEKO and Another, Respondents, v. WILLIAM GOETZ and LOUISE GOETZ, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

S. A. H. MORTGAGE CO., INC., Respondent, v. STAFFORD BROTHERS, INC., and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

EIGHTY-FIVE PARK AVENUE CORPORATION, Respondent, v. AMERICAN UNIVERSITY CLUB OF NEW YORK, INC., Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.